UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-2557

ALTON WILSON; JASPER MOORE,

Plaintiffs - Appellants,

versus

GRAHAM CLARK, III, Attorney; JUDSON BLOUNT,
III, Attorney; JOHN H. HARMON, Attorney; PETER
J.M. ROMARY, Attorney; ROBERT PERRY, Attorney;
WAYMAN CAMPBELL MCCORQUODALE, JR.; NORTHBROOK
PROPERTY AND CASUALTY INSURANCE COMPANY,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern.  Malcolm J. Howard, District Judge.  (CA-99-59-4-H-3)

Submitted:  April 13, 2000          Decided:  April 19, 2000

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Alton Wilson, Jasper Moore, Appellants Pro Se.  Dan Johnson McLamb, YATES, MCLAMB & WEYHER, Raleigh, North Carolina; Dan McCord Hartzog, Patrick Houghton Flanagan, CRANFILL, SUMNER & HARTZOG, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alton Wilson and Jasper Moore appeal the district court's order denying relief on their 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Wilson v. Clark</u>, No. CA-99-59-4-H-3 (E.D.N.C. Oct. 19, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court's order is marked as "filed" on October 18, 1999, the district court's records show that it was entered on the docket sheet on October 19, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).